IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01430-WYD-CBS | Date: September 24, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                *Counsel:*

GLOBAL CHECK SERVICES, INC.,                     Joseph Lanza (by telephone)

Plaintiff,

v.

ELECTRONIC PAYMENT                                      Scotty Krob
SYSTEMS, LLC, *et al.,*

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE PATENT**
**Court in session: 11:02 a.m.**
Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Opening brief: **April 9, 2015**
Response brief: **April 30, 2015**
Reply brief: **May 7, 2015**
Parties shall file a Joint Motion for Claims Construction Determination: **May 8, 2015**

**ORDERED:**   Counsel shall contact Magistrate Judge Shaffer's chambers at (303) 844-2117 within 72 hours of a decision on claims construction to schedule a further Telephone Status Conference for the purpose of establishing any additional pretrial deadlines as necessary in light of the claims construction ruling.

MOTION [4] by Defendants Dorsey, McCann, and Maley to Dismiss Pursuant to Fed.R.Civ.P. 12 (b)(3) or Transfer Pursuant to 28 U.S.C. **§** 1406 Due to Improper Venue is **MOOT.** The individual defendants shall file an answer or otherwise respond to the Complaint on or before October 1, 2014.

Scheduling Order is signed and entered with interlineations.

Hearing Concluded.

**Court in recess: 11:18 a.m.**
Total time in court: 00:16

To order transcripts of hearing with Magistrate Jude Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.